## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**BARBARA ETCITTY,**

**Plaintiff,**

vs.                                                              Civil No.        15-892 SMV

**NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,**

**Defendant.**

### ORDER FOR THE AWARD OF ATTORNEY FEES AND COSTS
### PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to

the Equal Access to Justice Act, with Memorandum in Support [Doc. 26], filed on June 15, 2017.

**The parties having stipulated to EAJA fees in the amount of $6,500.00 for work performed**

**in 2015 and 2016** [see Doc. 27].  The Court being otherwise fully advised in the premises,

FINDS that the motion is well-taken and will be **GRANTED IN PART**.

IT IS THEREFORE ORDERED THAT the motion is **GRANTED IN PART**, and

**Plaintiff is awarded $6,500.00 in attorney fees** pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412(d).  See Astrue v. Ratliff, 560 U.S. 586, 591-93 (2010) (EAJA fees are paid to the

prevailing party, not the attorney).

Payment of this amount shall constitute a complete release from and bar to any and all

claims Plaintiff may have relating to EAJA fees in connection with this action.  The parties

further agree that the EAJA award is without prejudice to Plaintiff's attorney's right to seek

attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset

provisions of the EAJA.  See 28 U.S.C. § 2412(c)(1) (2006).

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to Weakley v. Bowen, 803 F.2d 575, 580 (10th Cir. 1986).  IT IS SO ORDERED.

June 30, 2017.


_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE


Submitted By:
/s/  Narissa C. Webber__
Narissa C. Webber
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, CO 80294
Phone: (303) 844-3481
Fax: (303) 844-0770
Email: narissa.webber@ssa.gov


Email Approval on 6/27/2017
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus. (505) 890-9056
Fax. (505) 266-5860